IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OMIL COTTO,

   Petitioner,

v.                                                                          No. 23-cv-29-JCH-KBM
                                                                          No. 18-cr-2216-JCH-KBM-1

UNITED STATES OF AMERICA,

   Respondent.

## ORDER TO ANSWER

This matter is before the Court on Petitioner Omil Cotto's Motion to Vacate Convictions Under 28 U.S.C. § 2255 (CV Doc. 1) (Motion) and Memorandum in Support (CV Doc. 2) (Memorandum). Petitioner challenges his federal convictions based on, inter alia, ineffective assistance by counsel. Having reviewed the Motion and the Memorandum pursuant to Habeas Corpus Rule 4, the Court determines the claims must be resolved on a full record. The Court will order the United States to respond to the Motion and the Memorandum within 30 days of entry of this Order.

    **IT IS ORDERED** that the Clerk's Office shall **FORWARD** to the United States Attorney's Office a copy of Petitioner's Motion (**CV Doc. 1**) and a copy of Petitioner's Memorandum **(CV. Doc. 2)**, along with a copy of this Order;

    **IT IS FURTHER ORDERED** that the United States must **FILE** a habeas answer within thirty (30) days of entry of this Order; and Petitioner may file an optional reply within thirty (30) days of the filing of the response.

_____
UNITED STATES MAGISTRATE JUDGE